BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMJIT KAUR, et al., | No. 2:10-cv-262 FCD KJM |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in adjudication of their applications for an I-130 visa and to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. The parties have previously stipulated to one extension of time, until June 2, 2010. The parties advise that they continue to endeavor to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a second extension of time for the filing of the government's answer, until July 2, 2010.

Dated: May 25, 2010

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                         By:    /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants

-1-

By: /s/ Jonathan M. Kaufman
Jonathan M. Kaufman
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 2, 2010.

IT IS SO ORDERED.

DATED: May 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE