BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT KAUR, et al., | No. 2:10-cv-262 FCD KJM |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| ALEJANDRO MAYORKAS, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al., | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in adjudication of their applitions for an I-130 visa and to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. The I-130 visa petition has since been approved and the adjustment of status application is currently pending in Immigration Court. Accordingly, the parties stipulate to dismissal of this action as moot.

Dated: June 23, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Jonathan M. Kaufman
Jonathan M. Kaufman
Attorney for the Plaintiffs

-1-

1
2                                             ORDER
3      Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
4  ORDERED that the matter is dismissed as moot.
5      IT IS SO ORDERED.
6  DATED:  June 23, 2010
7                                             _____
                                              FRANK C. DAMRELL, JR.
8                                             UNITED STATES DISTRICT JUDGE